UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES BRADLEY,

                Plaintiff,

        -against-

CITY OF NEW YORK, YANIRA GOLPHIN,
ERIC DELMAN, and JOHN and JANE DOE 1
through 10,

                Defendants.
-------------------------------------------------------------------X

**ORDER**

**14-CV-4289 (NGG) (RML)**

NICHOLAS G. GARAUFIS, United States District Judge.

On January 15, 2016, Plaintiff James Bradley filed a <u>pro se</u> motion seeking leave to further amend his complaint. (Mot. to Amend (Dkt. 38).) On March 16, 2016, Magistrate Judge Robert M. Levy issued a Report and Recommendation ("R&R"), recommending that the court deny Plaintiff's motion to amend, on the ground that amendment would be futile. (R&R (Dkt. 44).)

No party has objected to Judge Levy's R&R, and the time to do so has passed. <u>See</u> Fed. R. Civ. P. 72(b)(2). (<u>See also</u> R&R at 4 ("Any objections to this [R&R] must be filed within fourteen (14) days . . . in order to preserve appellate review.").) Therefore, the court reviews the R&R for clear error. <u>See</u> <u>Gesualdi v. Mack Excavation & Trailer Serv., Inc.</u>, No. 09-CV-2502 (KAM) (JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010); <u>La Torres v. Walker</u>, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000); <u>cf.</u> 28 U.S.C. § 636(b)(1).

Finding no clear error, the court ADOPTS IN FULL the R&R and, accordingly, DENIES Plaintiff's motion to amend the Complaint. See Porter v. Potter, 219 F. App'x 112 (2d Cir. 2007) (summary order).

SO ORDERED.

Dated: Brooklyn, New York
April 12, 2016

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge